IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WHITNEY ANDERSON and STEPHEN, ANDERSON | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 5:20-cv-00051 |
| EQUIFAX INFORMATION SERVICES, LLC, | ) ) ) ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant, Equifax Information Services LLC ("Equifax"), hereby files this Notice of Removal of this action from the Johnston County General Court of Justice, North Carolina, wherein it is now pending as Case No. 19-CVS004411, to the United States District Court for the Eastern District of North Carolina. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Equifax shows this Court as follows:

1. An action was filed on December 19, 2019 in the Johnston County General Court of Justice, North Carolina, entitled *Anderson, et al. v. Equifax Information Services, LLC,* Case No. 19-CVS004411 (the "State Court Action").

2. Equifax was served with the Complaint on January 20, 2020.

3. This Notice is being filed with this Court within thirty (30) days after Equifax was served with a copy of Plaintiff's initial pleading setting forth the grounds for his action and his claims for relief.

1

4. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States; specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"), as follows:

(a) Plaintiff's Complaint, on its face, alleges a violation of the FCRA. (See Plaintiff's Complaint).

(b) The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . . ."

5. Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to Plaintiff and to the Clerk of the Johnston County General Court of Justice, North Carolina, as required by 28 U.S.C. § 1446(d).

6. Attached hereto, as Exhibit A and B, are copies of the Summons and Complaint served upon Equifax in the State Court Action.

WHEREFORE, Equifax requests that the above-described action be removed to this Court.

Respectfully submitted 10th day of February 2020.

/s/ Colin Dailey
Colin Dailey
BRYAN CAVE LEIGHTON PAISNER LLP
One Wells Fargo Center
301 S. College Street, Suite 3900
Charlotte, NC 28202
Tel: (704) 749-8950
Fax: (704) 749-8990

Email: colin.dailey@bclplaw.com
N.C. State Bar No. 54408
*Local Civil Rule 83.1 Counsel for Defendant*
*Equifax Information Services LLC*

Of Counsel:
Lewis P. Perling (Ga. Bar #572379)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: lperling@kslaw.com
*Attorney for Defendant*
*Equifax Information Services LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WHITNEY ANDERSON and STEPHEN, ANDERSON<br><br>　　Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　Defendant. | Civil Action No. 5:20-cv-00051 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February 2020, a copy of the foregoing *Notice of Removal* was served on Plaintiff via U.S. mail, postage prepaid, addressed to:

    Suzanne Begnoche
    Attorney at Law
    P.O. Box 2035
    Chapel Hill, NC  27515

    */s/ Colin Dailey*
    Colin Dailey
    BRYAN CAVE LEIGHTON PAISNER LLP
    One Wells Fargo Center
    301 S. College Street, Suite 3900
    Charlotte, NC 28202
    Tel: (704) 749-8950
    Fax: (704) 749-8990
    Email:  colin.dailey@bclplaw.com
    N.C. State Bar No. 54408
    *Local Civil Rule 83.1 Counsel for Defendant*
    *Equifax Information Services LLC*